# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-197-FDW-DCK

| | |
|---|---|
| VICKEY WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DOLGENCORP, INC. ET AL.,<br><br>    Defendants. | **ORDER TO ADMIT PRO HAC VICE** |

**THIS MATTER IS BEFORE THE COURT** on the Defendant Dolgencorp, Inc.'s "Application For Admission To Practice Pro Hac Vice" (Document No. 11) filed May 5, 2010 for Admission *Pro Hac Vice* of Joel S. Allen, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Joel S. Allen of the law firm of Morgan, Lewis & Bockius is a member in good standing of the Bar of the State of Texas and is admitted to practice in other Courts.

It further appears that Mr. Allen has associated Michael L. Wade, Jr. of Ogletree, Deakins, Nash, Smoak & Stewart, PC as local counsel.

**IT IS THEREFORE ORDERED** that Joel S. Allen be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as co-counsel appearing for Defendant Dolgencorp, Inc.

Signed: May 5, 2010

David C. Keesler
United States Magistrate Judge